THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL DE FULMER, Appellant, v CHARLES SCULLY, as Superintendent of Green Haven Correctional Facility, Respondent.

Respondent violated 7 NYCRR 251-5.1 by failing to commence a superintendent's hearing within seven days of petitioner's initial confinement to his cell. Moreover, petitioner's due process rights were violated by respondent's failure to provide him with a transcript of the superintendent's hearing (*see, Matter of Crudo v Fogg,* 69 AD2d 902; *Matter of Hurley v Ward,* 61 AD2d 881; *Matter of Walls v Scully,* 121 Misc 2d 698; *Matter of Lozada v Scully,* 108 AD2d 859). Thompson, J. P., Bracken, O'Connor and Weinstein, JJ., concur.